[No. 46312-1-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL BLANE HECKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03642-0, Garold E. Johnson, J., entered April 25, 2014. *Remanded* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 46366-1-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD SPENCER GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-03842-2, Edmund Murphy, J., entered May 12, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46523-0-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN SCOTT FESSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01542-1, Suzan L. Clark, J., entered July 21, 2014. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46540-0-II.   Division Two.   February 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD COLTON BASS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00875-5, Richard L. Brosey, J., entered July 24, 2014. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.